**Saleda TAYLOR, Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security, Defendant–Appellee.**

No. 15–1296.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 29, 2016.

Decided and Amended: May 9, 2016.

William Lee Davis, III, Lumberton, North Carolina, for Appellant. Thomas G. Walker, United States Attorney, R.A. Renfer, Jr., Assistant United States Attorney, Amanda B. Gilman, Special Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

* Taylor has waived appellate review of her claims under *Mascio v. Colvin,* 780 F.3d 632 (4th Cir.2015). *See In re Under Seal,* 749 F.3d 276, 285 (4th Cir.2014) (recognizing issues raised for first time on appeal generally will

Before KING, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saleda Taylor appeals the district court's order affirming the Commissioner's denial of a period of disability, disability insurance benefits, and supplemental security income. We have reviewed the record and find no reversible error.* Accordingly, we affirm for the reasons stated by the district court. *Taylor v. Colvin,* No. 7:13–cv–00220–JG (E.D.N.C. Feb. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

not be considered); *Holland v. Big River Minerals Corp.,* 181 F.3d 597, 605–06 (4th Cir. 1999) (describing limitations on exception based on intervening change in law).